# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Sara Carpenter (AKA: None)<br><br>Defendant | ) Case: 1:21-mj-00324<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 03/18/2021<br>) Description: Complaint w/ Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Sara Carpenter,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 03/18/2021

2021.03.18
18:25:04 -04'00'

_Issuing officer's signature_

City and state: Washington, D.C.

Robin M. Meriweather U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on (date) 3/23/2021, and the person was arrested on (date) 3/25/2021
at (city and state) _____.

Date: 3/25/2021

_Arresting officer's signature_

DETECTIVE VINCENT S MANCO
_Printed name and title_